IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A.,              : | |
| :                                     | |
| Plaintiff,        :                   | CIVIL ACTION FILE |
| :                                     | NO.:  2:13-CV-0263-RWS |
| v.                :                   | |
| :                                     | |
| EDWARD F. MCCLEAN, SR., et al.,    : | |
| :                                     | |
| Defendants.       :                   | |

## ORDER OF RECUSAL OF CASE

This matter has come before the Court pursuant to the Order entered on May 14, 2014 referring the above-captioned matter to the undersigned or Gainesville attorney John H. Smith for mediation.  (Doc. 29)  The undersigned magistrate judge finds it necessary to recuse himself from the above-captioned case and hereby defers the mediation to be conducted by Attorney John H. Smith.

**IT IS SO ORDERED** this 15th day of May, 2014.

                                    /s/  *J. CLAY FULLER*
                                  J. CLAY FULLER
                                  United States Magistrate Judge